### Bernard McFADDEN, Plaintiff–Appellant,

and

Kimble Campbell; Michael Jerome Parker; Joseph Sylvester; Arnold Singleton; Roney Hammion, Plaintiffs,

v.

Benjamin MONTGOMERY, Deputy Director of South Carolina Department of Corrections; Doug Catoe, Director of South Carolina Department of Corrections; Robert Plemons, Dairy Program Assistant; John H. Carmichael, Warden; Anthony J. Padula, Warden; Mark A. Lawhorn, Captain; Randolph Duboxe, Institutional Grievance Coordinator; Mary Lowder, Counsel Substitute, Defendants–Appellees.

No. 00–7274.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 22, 2001.

---

**196**

Bernard McFadden, pro se.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

 Bernard McFadden appeals the district court's order dismissing in part his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69

S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*